UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

    DINA PFEIFFER,                                        Chapter 11
                                                            Case No. 24-43831-ess

                               Debtor.
------------------------------------------------------------x

**ORDER SCHEDULING A CONFERENCE ON THE**
**<u>LETTER CONCERNING DEBTOR'S STAY OF EVICTION</u>**

      **WHEREAS,** on September 17, 2024, Dina Pfeiffer (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code; and

      **WHEREAS,** on September 17, 2024, the Debtor filed an Official Form 101A Initial Statement About an Eviction Judgment Against You; and

      **WHEREAS,** on September 23, 2024, the Debtor filed a Notice of Compliance and Intent to Cure Pre-Petition Judgment for Possession Pursuant to Bankruptcy Code §§ 362(b)(22) and 362(l), indicating that the Debtor had delivered to the Clerk of Court a certified cashier's check or money order in the amount of $5,400.00 which the Debtor certified was the amount of rent that was to become due during the 30-day period after the filing of the petition; and

      **WHERAS,** on October 8, 2024, the Clerk of Court served a Notice to Telsi Birnbaum (the "Landlord") Regarding Rent Deposit, containing a check or money order in the amount of $5,400.00, made payable to the Landlord; and

      **WHEREAS,** on October 23, 2024, the Counsel for the Landlord filed a letter (the "Letter Motion") with the Court asserting that the Debtor did not comply with the necessary sections of the Bankruptcy Code "to obtain a further stay of eviction" and requesting "an Order that the

1

Landlord may proceed in State Court to recover possession of the property" leased by the Debtor.

**NOW, THEREFORE,** it is hereby

**ORDERED,** that the Court will hold an in-person conference on the Letter Motion on November 12, 2024, at 2:00 p.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that all participants, including attorneys, clients, and pro se parties, may register to appear as follows:

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.

Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.



Dated: Brooklyn, New York
November 2, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge

2

TO:

| | |
|---|---|
| **Dina Pfeiffer**<br>1727 53rd Street<br>3rd and 4th Floors (Duplex)<br>Brooklyn, NY 11204<br>KINGS-NY | **Linda St. Pierre**<br>Mccalla Raymer Leibert Pierce, LLC<br>50 Weston Street<br>Hartford, CT 06120 |
| **Solomon Rosengarten**<br>2329 Nostrand Avenue<br>Brooklyn, NY 11210 | **Aviva Francis, Esq.**<br>Jacobowitz Newman Tversky LLP<br>377 Pearsall Avenue, Suite C<br>Cedarhurst, New York 11516 |
| **Michael Rozea, Esq.**<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530 | **Evan M .Newman, Esq.**<br>Jacobowitz Newman Tversky LLP<br>377 Pearsall Avenue, Suite C<br>Cedarhurst, New York 11516 |
| **Attn: BMW Financial Services NA, LLC Department**<br>AIS Portfolio Services, LLC<br>Account: XXXXXX8959<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **Office of the United States Trustee**<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 510<br>New York, NY 10004-1408 |
| **James H. Shenwick**<br>Shenwick & Associates<br>116 Plymouth Drive<br>Scarsdale, New York 10583 | |